UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS o/b/o TYLER PETTUS,

               Plaintiff,

-against-

DAMIAN HOLIDAY; PUBLIC SCHOOL;
BOARD OF EDUCATION,

               Defendants.

25-CV-6011 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 4, 2005, the court barred Plaintiff James Pettus from filing future civil actions in this court without first obtaining from the court leave to file. *See Pettus v. Clarke*, No. No. 05-CV-1439, 5 (MBM) (S.D.N.Y. Feb. 4, 2005) (electronic docket entry), *appeal dismissed as frivolous*, No. 05-1314 (2d Cir. Sept. 29, 2005) (electronic docket entry). Plaintiff, proceeding *pro se*, brings this new civil action seeking leave to proceed *in forma pauperis*, but he has not sought leave from the court to file this action.[1] The Court therefore dismisses the action without prejudice, due to Plaintiff's failure to comply with the February 4, 2005 judgment in *Pettus*, No. 05-CV-1439, 5.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

1 Plaintiff attempts to bring this action on behalf of his adult son, Tyler Pettus. As a nonlawyer, however, Plaintiff can only represent his own interests; he cannot assert claims *pro se* on behalf of his son. *See* 28 U.S.C. § 1654; *U.S. ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008) ("[A]n individual who is not licensed as an attorney may not appear on another person's behalf in the other's cause.") (internal quotation marks and citation omitted); *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991)) (noting that § 1654 "allow[s] two types of representation: 'that by an attorney admitted to the practice of law by a governmental regulatory body, and that by a person representing himself'"). This action is dismissed without prejudice to any claims Tyler Pettus may wish to bring on his own behalf.

2

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated: August 5, 2025
New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge