UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS O/B/O TYLER PETTUS,

                Plaintiff,

-against-

DAMIAN HOLIDAY; PUBLIC SCHOOL;
BOARD OF EDUCATION,

                Defendants.

25cv6011 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 5, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 11, 2025
          New York, New York

                                     /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                    Chief United States District Judge